# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00850-CR

**Anthony Michael McMurray, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 18-04154-1, THE HONORABLE PHILLIP O. VICK, JUDGE PRESIDING

## O R D E R

PER CURIAM

Appellant Anthony Michael McMurray filed a notice of appeal from his DWI conviction. *See* Tex. Penal Code § 49.04. His brief was originally due on June 8, 2020, but he requested and received two motions for extension of time to file it until November 30, 2020.

McMurray has now filed a third motion for extension of time, seeking an additional ninety days to file his brief. McMurray states that he is "actively working to secure representation," having obtained access to funds from the sale of his house last month, and that he needs additional time to prepare the brief. We grant the motion and order McMurray to file his pro se brief no later than Monday, March 1, 2021. If the brief is not filed by that date, the appeal may be submitted on the record alone. *See* Tex. R. App. P. 38.8(b)(4).

It is ordered on December 15, 2020.


Before Chief Justice Rose, Justices Baker and Kelly